JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULES FERRER,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **CASE NO.:** 5:18−CV−02253−AB−SP<br><br>~~[PROPOSED]~~ **ORDER DISMISSING CASE WITH PREJUDICE** |

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice with each party bearing their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 07, 2019 _____

Hon. André Birotte Jr.